FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAY 0 9 2005 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

TACO BELL CORP., a California Corporation,

                Plaintiff,

  -against-

ROBERT FILOSA, JR.,

              Defendant.
----------------------------------------------------------------X

AMENDED JUDGMENT
01-CV- 4233 (FB)

A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on January 27, 2003, adopting the Report and Recommendation of Magistrate Judge Joan M. Azrack, issued on October 29, 2002, and directing the Clerk to enter a default judgment against defendant, Robert Filosa, Jr., awarding plaintiff $85,461.30 in damages and $1,589.04 in costs, for a total award of $87,050.34; it is

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Joan M. Azrack is adopted; and that judgment is hereby entered in favor of plaintiff, Taco Bell Corp., a California Corporation, and against defendant, Robert Filosa, Jr., awarding $85,461.30 in damages and $1,589.04 in costs, for a total award of $87,050.34.

Dated: Brooklyn, New York
       May 06, 2005

                                      s/Robert C. Heinemann
                                      ROBERT C. HEINEMANN
                                      Clerk of Court